ANNA DOWD, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant is shown.

(*Griffin* v. *Town of Harrison*, 268 N. Y. 238; *Parslow* v. *Town of Williamson*, 266 id. 438.) All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of stumbling on a defective sidewalk.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.